UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MULDREW, | No. 1:22-cv-01041 KES GSA (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO COMPLETE IN FORMA PAUPERIS APPLICATION FOR A NONPRISONER |
| v. | |
| O. MARROQUIN, et al., | PLAINTIFF'S IN FORMA PAUPERIS APPLICATION FOR A NONPRISONER DUE IN SEVEN DAYS |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2024, Plaintiff filed a notice of change of address. ECF No. 12. The updated address Plaintiff has provided appears to be a private one, likely indicating that he is no longer incarcerated.[1] See id. at 1.

Upon release from prison, a former inmate must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); In re Prison Litigation Reform Act, 105 F.3d 1131, 1139 (6th Cir. 1997) (upon release, obligation to pay remainder of fees to be determined solely on question of

---

[1] If the Court is incorrect and Plaintiff is still incarcerated, he must inform the Court.

1

whether individual qualifies for pauper status). A released prisoner may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners. <u>McGann v. Comm'r, Soc. Sec. Admin.</u>, 96 F.3d 29, 30 (2d Cir. 1996).

For these reasons, Plaintiff will be ordered to complete and file an application to proceed in forma pauperis by a non-prisoner. Plaintiff will be given seven days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's application to proceed in forma pauperis for a non-prisoner, and

2. Within seven days from the date of this order, Plaintiff shall complete and file the non-prisoner in forma pauperis application with the Court.

IT IS SO ORDERED.

Dated:  **June 27, 2025**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

2