UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MULDREW,<br><br>    Plaintiff,<br><br>    v.<br><br>O. MARROQUIN, et al.,<br><br>    Defendants. | No.  1:22-cv-01041-KES GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 14 |

Plaintiff Christopher Muldrew, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

During his incarceration, plaintiff proceeded in forma pauperis. Doc. 8.  On June 30, 2025, following plaintiff's release from prison, the assigned magistrate judge ordered plaintiff to complete an in forma pauperis application for a non-prisoner within seven days. Doc. 13.  Plaintiff did not respond to the order.  On August 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to obey court orders and failure to prosecute. Doc. 14.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 5.  Although the findings and recommendations were properly served on plaintiff at his address of record, which he provided to

1

the Court on July 19, 2024, they were returned as "Undeliverable, RTS, Attempted – Not Known, Unable to Forward." *See* docket. Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued August 5, 2025, Doc. 14, are adopted in full;
2. This matter is dismissed without prejudice for failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 15, 2025

UNITED STATES DISTRICT JUDGE

2